1134

No. 97–7375. GOMEZ-PELAYO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7376. HILTON v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 97–7377. FERGUSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7378. HEWLETT v. CORBETT, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–7380. FERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7381. FUENTES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7383. GASTER v. MCKIE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–7392. STOKES v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 97–7396. BETHEA v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–7397. CANADY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–7400. WEST v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–7403. BOOZE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–7406. MARINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–7407. NAVEO-MORCELLO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–7408. MARTIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.